DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**W.J.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and **GUARDIAN AD LITEM PROGRAM,**
Appellees.

No. 4D15-2446

[November 25, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 2014DP300733.

Andrew A. Holness of Andrew A. Holness, P.A., West Palm Beach, for appellant.

Rosemarie Farrell, Children's Legal Services, Orlando, for appellee Department of Children and Families.

Gale Forman Collins, Sanford, for appellee Guardian Ad Litem Program.

PER CURIAM.

*Affirmed. See D.E. v. Dep't of Children and Families,* 979 So. 2d 1186 (Fla. 4th DCA 2008).

CIKLIN, C.J., TAYLOR and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***